# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| IN RE:<br>Vance Sheridan Cooper and Heather Ann Cooper<br><br>Debtor(s). | C/A No. 20-02173-hb<br>Chapter 13<br><br>**ORDER LIFTING<br>THE AUTOMATIC STAY** |

This matter is before the Court on the certification of CITIZENS BANK NA f/k/a RBS CITIZENS NA ("Movant") that Debtor(s) did not comply with the settlement order entered by the Court on March 15, 2023 by failing to make required payments, as follows: January 2024 - April 2024 regular monthly payments.  Movant has waived any claim arising under 11 U.S.C. §§ 503(b) and 507(b).  Based upon the certification of Movant, the stay is lifted as to 5314 Pumpkintown Hwy, Pickens, SC 29671.  Movant may send any required notice to the Debtor(s) and proceed with its remedies against the collateral.

The stay pursuant to Fed. R. Bankr. P. 4001(a)(3) is not applicable to this order.

**AND IT IS SO ORDERED.**

**FILED BY THE COURT**
**05/02/2024**



Chief US Bankruptcy Judge
District of South Carolina

Entered: 05/02/2024